UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST M. DURAN,<br><br>            Petitioner,<br><br>     v.<br><br>DAVID BAUGHMAN, Warden,<br><br>            Respondent. | Case No. CV 17-5922 AB(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), and all of the records herein, including the June 6, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation, but notes that contrary to the indication in the Report and Recommendation, petitioner has counsel in this action.

IT IS HEREBY ORDERED that the Petition is denied on the merits, this action is dismissed with prejudice and Judgment be entered accordingly.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on counsel for petitioner and respondent.

IT IS SO ORDERED.

DATED: July 16, 2018

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE