UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST M. DURAN,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID BAUGHMAN, Warden,<br><br>    Respondent. | Case No. CV 17-5922 AB(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: July 16, 2018

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE